United States District Court
Southern District of Texas
**ENTERED**
March 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LACIE ANN DEVINE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-185 |
| § | |
| CAROLYN W COLVIN, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff Lacie Ann Devine's action pursuant to 42 U.S.C. § 405(g), seeking review of the denial of her application for disability benefits, which had been referred to the Magistrate Court for a report and recommendation. On March 2, 2017, the Magistrate Court issued the Report and Recommendation, recommending that Defendant Carolyn W. Colvin's motion for summary judgment be granted and that this action be dismissed. Plaintiff has timely filed objections to the Magistrate Court's Report and Recommendation.

Pursuant to U.S.C. § 636(b)(1)(c), the Court makes a de novo determination of those portions of the report to which objections have been made. As to those portions to which no objections have been made, in accordance with Federal Rule of Civil Procedure 72(b), the Court reviews the report for clear error.

Having reviewed Plaintiff's objections and after considering the record in this case, the parties' filing and the applicable law, the Court adopts the Report and Recommendation in its entirety. Accordingly it is hereby ORDERED that Defendant's Motion for Summary is **GRANTED**, the Commissioner's decision is **AFFIRMED**, and this action is **DISMISSED.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of March, 2017.

_____
Micaela Alvarez
United States District Judge